ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Accent Controls, Inc. | )   ASBCA No.  62307 |
| | ) |
| Under Contract No.  M000146-17-P-9003 | ) |

APPEARANCES FOR THE APPELLANT:    David E. Fletcher, Esq.
                                                            Seth H. Locke, Esq.
                                                            Brenna D. Duncan, Esq.
                                                              Perkins Coie LLP
                                                              Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                                                 Navy Chief Trial Attorney
                                                                Pamela Jean Castellano, Esq.
                                                                 Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 28, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62307, Appeal of Accent Controls, Inc., rendered in conformance with the Board's Charter.

Dated:  April 28, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals